Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 9 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALEJANDRO RUIZ,<br><br>                              Defendant. | 1:24-CR-2075-SAB<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. §§ 924(d), 28 U.S.C. 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about June 30, 2024, in the Eastern District of Washington, the Defendant, ALEJANDRO RUIZ, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Taurus G2C, 9mm pistol bearing serial number 1C081775, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ALEJANDRO RUIZ, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Taurus G2C, 9mm pistol bearing serial number 1C081775, and loaded ammunition.

DATED this _____ 8 _____ day of October, 2024.

A TRUE BILL



Foreperson

_Vanessa Waldref_

Vanessa R. Waldref
United States Attorney

_Letitia Sikes_

Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 2